and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.

ROBERT FRANKFIELD v. PAULINE Z. FRANKFIELD et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 269 App. Div. 1027.]

In the Matter of MAUD FRANKLIN against ALLAN FRANKLIN.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Dore and Cohn, JJ. [See 269 App. Div. 1012.]

TRUBON PRODUCTS CORPORATION et al. v. BON PRODUCTS CORPORATION et al.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Callahan and Peck, JJ. [See 269 App. Div. 1027.]

In the Matter of SANDOZ CHEMICAL WORKS, INC., against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 269 App. Div. 1019.]

ELSE CAPPEL et al., on Behalf of Themselves as the Beneficiaries of a Family Corporate Trust, Known as HERMANN-HEDWIG STIFTUNG, and of All Other Beneficiaries Thereof, Similarly Situated, v. HEDE VASEN et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 269 App. Div. 981.]

ROSALIE HORN et al. v. HEDE VASEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 269 App Div. 981.]

ELIZABETH PRIVENSAL v. SOLVEIG PRIVENSAL and PAN AMERICAN AIRWAYS SYSTEM et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Callahan and Peck, JJ. [See 269 App. Div. 1026.]

ISABEL HAINES v. ALBERT G. MILBANK et al., Copartners Practicing Law under the Name of MILBANK, TWEED & HOPE.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn and Peck, JJ. [See 269 App. Div. 1021.]

DUDLEY D. CAMPBELL v. AMERICAN FABRICS COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Callahan and Peck, JJ. [See 269 App. Div. 1023.]

In the Matter of STREAT COAL COMPANY, INC., against FREDERICK J. H. KRACKE et al., Constituting the Board of Assessors of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See 269 App. Div. 1022.]

IMMACULATE VARRICHIO v. G. PHILLIP SCHMITT.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Dore, Cohn and Peck, JJ. [See 269 App. Div. 1020.]

BELASCO THEATRE CORPORATION v. JELIN PRODUCTIONS, INC., et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante,* p. 202.]